# In the United States Court of Federal Claims

**Nos. 99-909T & 00-487T**

**(Filed February 20, 2007)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **SUNOCO, INC. AND SUBSIDIARIES,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

## ORDER

Pursuant to the Joint Status Report filed on February 20, 2007, suspension shall remain in place. The parties shall file a Joint Status Report within one week following the resolution of the United States Tax Court litigation in ***Sunoco and Subsidiaries v. Commissioner***, Docket No. 19631-977. If the Tax Court litigation has not been resolved by Wednesday, May 23, 2007, then a telephonic conference shall be held on that date at 2:30 p.m. concerning the remaining issue. The court will initiate the call.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**