# In the United States Court of Federal Claims

**Nos. 99-909T & 00-487T**

**(Filed May 24, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**SUNOCO, INC. AND SUBSIDIARIES,** *
**Plaintiffs,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the telephonic conference held on May 23, 2007, the parties shall file a Joint Status Report by Tuesday, July 24, 2007 concerning further proceedings.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**