# In the United States Court of Federal Claims

**Nos. 99-909T & 00-487T**

**(Filed August 3, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**SUNOCO, INC. AND SUBSIDIARIES,** *
**Plaintiffs,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the Joint Status Report filed on August 2, 2007, suspension shall remain in place. The parties shall file a Joint Status Report within one week following the resolution of the United States Tax Court litigation in ***Sunoco and Subsidiaries v. Commissioner***, Docket No. 19631-97, or by Monday, October 22, 2007, if the Tax Court litigation has not been resolved by that date on the one remaining issue before the court.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**