# In the United States Court of Federal Claims

**Nos. 99-909T & 00-487T**

**(Filed January 22, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **SUNOCO, INC. AND SUBSIDIARIES,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

## ORDER

Pursuant to the Joint Status Report filed on January 22, 2008, suspension shall remain in place. The parties shall file a Joint Status Report within one week following the resolution of the United States Tax Court litigation in ***Sunoco and Subsidiaries v. Commissioner***, Docket No. 19631-97, or by Monday, April 21, 2008, if the Tax Court litigation has not been resolved by that date on the one remaining issue before the court.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**