IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 99-909 T[1]

(Judge Bohdan A. Futey)

SUNOCO, INC. AND SUBSIDIARIES,

Plaintiffs

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

In accordance with the Court's order of April 21, 2008, in these consolidated proceedings, the parties submit this joint status report. The status of this case has not changed since the filing of our last status report, filed April 21, 2008.

On May 23, 2007, Judge Whalen denied the Commissioner's Motion for Reconsideration in the pending Tax Court case, and directed the parties to advise that Court by August 1 about the nature of any unresolved issues in the case and to make a recommendation as to the disposition of each such issue.

In the instant case, plaintiffs seek to recover additional interest with respect to their 1979 and 1981 taxable years. Proceedings have been suspended pending the outcome of litigation

[1] By order entered September 28, 2000, proceedings in *Sunoco, Inc., and Subsidiaries v. United States*, Fed. Cl. No. 00-487 T, were consolidated with proceedings herein.

regarding the underlying tax liabilities for 1979 and 1981 in the United States Tax Court in *Sunoco and Subsidiaries v. Commissioner*, Docket No. 19631-97. Resolution of the issues in the instant consolidated proceedings depend, at least in part, upon the outcome of the Tax Court litigation. On March 15, 2002, the United States Tax Court issued an opinion that resolved one of three issues before the Tax Court. *Sunoco and Subsidiaries v. Commissioner*, 118 T.C. 181 (2002).

On February 4, 2004, the Tax Court issued two more opinions. The first opinion disposed of one of the two remaining issues in Tax Court litigation. *Sunoco and Subsidiaries v. Commissioner*, T.C. Memo. 2004-29, 87 T.C.Memo. (CCH) (Feb. 4, 2004). The second opinion denied a motion to dismiss for lack of subject matter jurisdiction that the Commissioner had filed with respect to the third, and final, issue before the Tax Court. *Sunoco and Subsidiaries v. Commissioner*, 122 T.C. 88 (2004). At present, this third issue remains pending before the Tax Court.

Accordingly, the current suspension in the instant consolidated proceedings should remain in place. Unless instructed otherwise by the Court, the parties will file another status report promptly following resolution of the Tax Court litigation, or not later than October 21, 2008, if the Tax Court litigation has not been resolved by that date.

Opposing counsel has been provided with a copy of this joint status report prior to filing and has authorized us to state that she joins in this report.

Respectfully submitted,

s/ W. C. Rapp

W. C. RAPP
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Telephone: 202-307-0503
Facsimile: 202-514-9440
E-mail: william.c.rapp2@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

July 21, 2008

s/ David Gustafson

Of Counsel