# In the United States Court of Federal Claims

**Nos. 99-909T & 00-487T**

**(Filed July 21, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**SUNOCO, INC. AND SUBSIDIARIES,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the Joint Status Report filed on July 21, 2008, suspension shall remain in place. The parties shall file a Joint Status Report within one week following the resolution of the United States Tax Court litigation in ***Sunoco and Subsidiaries v. Commissioner***, Docket No. 19631-97, or by Tuesday, October 21, 2008, if the Tax Court litigation has not been resolved by that date on the one remaining issue before the court.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**